**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Reyes P Mercado<br>    Deborah J Mercado<br>            Debtor(s) | Case No. 13 B 42108 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/28/2013.

2) The plan was confirmed on 01/27/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/21/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/28/2016, 09/28/2017.

5) The case was Dismissed on 10/18/2018.

6) Number of months from filing to last payment: 54.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $44,324.55 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $44,324.55

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,865.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,808.24 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,673.24

Attorney fees paid and disclosed by debtor: $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Accounts Receivable Management | Unsecured | 397.55 | NA | NA | 0.00 | 0.00 |
| Affiliated Credit Services | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 5,375.41 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 279.00 | 279.24 | 279.24 | 59.02 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 665.00 | 545.53 | 545.53 | 115.31 | 0.00 |
| Arc (Original Creditor:Comed 26499) | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Bottom Dollar Payday Loan | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| Castle Payday | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 433.29 | NA | NA | 0.00 | 0.00 |
| Ccs/Bryant State Bank | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| Ccs/First National Ban | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| CNAC of Chicago Inc | Secured | 8,703.88 | 8,703.88 | 8,703.88 | 8,703.88 | 841.57 |
| Convergent Outsourcing Inc | Unsecured | 242.05 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| First Bk Of De/Contine | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| First National Credit Card | Unsecured | 396.85 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GC Services | Unsecured | 392.21 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Services Corp | Unsecured | 450.00 | 860.52 | 860.52 | 181.89 | 0.00 |
| Golden Valley | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Harris and Harris | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| Harris and Harris | Unsecured | 4,546.15 | NA | NA | 0.00 | 0.00 |
| Heights Finance Corporation | Unsecured | 7,174.08 | 9,178.49 | 9,178.49 | 1,940.07 | 0.00 |
| Heights Finance Corporation | Unsecured | NA | 2,788.33 | 2,788.33 | 589.37 | 0.00 |
| Horizon Financial Management | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| JC Christensen & Associates | Unsecured | 545.53 | NA | NA | 0.00 | 0.00 |
| Jet Lending | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Kross, Liebrman & St (Original Creditor: | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Law Offices of Joel Cardis | Unsecured | 478.68 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 313.17 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| Messer & Stilp Ltd | Unsecured | 1,732.29 | NA | NA | 0.00 | 0.00 |
| Metaindigo | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 196.92 | NA | NA | 0.00 | 0.00 |
| Miramedrg (Original Creditor:Medical) | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| Monarch Recovery Management, Inc. | Unsecured | 366.33 | NA | NA | 0.00 | 0.00 |
| My Cash Now | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NCO Fiancial Systems | Unsecured | 488.43 | NA | NA | 0.00 | 0.00 |
| NCO Financial | Unsecured | 104.20 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1.00 | 1,669.41 | 1,669.41 | 352.87 | 0.00 |
| Northland Group Inc | Unsecured | 1,464.80 | NA | NA | 0.00 | 0.00 |
| P&B Capital Group, LLC | Unsecured | 543.26 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,400.00 | 1,279.63 | 1,279.63 | 270.48 | 0.00 |
| PEMS | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 983.93 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,436.16 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 610.53 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 555.00 | 554.76 | 554.76 | 117.26 | 0.00 |
| Premier Bankcard | Unsecured | 398.00 | 397.55 | 397.55 | 84.03 | 0.00 |
| Premier Bankcard | Unsecured | 366.00 | 366.33 | 366.33 | 77.43 | 0.00 |
| Resurgent Capital Services | Unsecured | 465.00 | 551.37 | 551.37 | 116.55 | 0.00 |
| Resurgent Capital Services | Unsecured | 1.00 | 599.88 | 599.88 | 126.79 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,855.65 | 2,756.46 | 2,756.46 | 582.63 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 712.80 | 712.80 | 0.00 | 0.00 |
| Security Fin | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SES | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Sierra Auto Finance LLC | Secured | 21,755.00 | 21,235.56 | 21,235.56 | 21,235.56 | 1,831.64 |
| Sunrise Credit Services | Unsecured | 181.63 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services | Unsecured | 269.62 | NA | NA | 0.00 | 0.00 |
| Van Ru Cre | Unsecured | 350.77 | NA | NA | 0.00 | 0.00 |
| Van Ru Credit | Unsecured | 880.79 | NA | NA | 0.00 | 0.00 |
| Vengroff, Williams, & Associates | Unsecured | 11,260.21 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 6,252.68 | 5,741.54 | 6,741.54 | 1,424.96 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $29,939.44 | $29,939.44 | $2,673.21 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$29,939.44** | **$29,939.44** | **$2,673.21** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$29,281.84** | **$6,038.66** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,673.24 |
| Disbursements to Creditors | $38,651.31 |
| **TOTAL DISBURSEMENTS :** | **$44,324.55** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/25/2019                By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**